ACCEPTED
03-15-00002-CV
3942926
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 9:41:49 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00002-CV

_____

## In the Court of Appeals
## for the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 9:41:49 AM
JEFFREY D. KYLE
Clerk

_____

Big Lift Trucks of Texas, Inc.,
Appellant,

v.

Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and
Ken Paxton, Attorney General of the State of Texas
Appellees.

_____

On Appeal from the 98th Judicial District Court, Travis County, Texas
Trial Court Cause No. NO. D-1-GN-14-003809
The Honorable Gary Harger, Visiting Judge

_____

### APPELLEES' NOTICE OF AUTOMATIC SUBSTITUTION

Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellees, file this notice of automatic substitution under Texas Rule of Appellate Procedure Rule 7.2(a). Since this appeal was filed, Glenn Hegar has succeeded Susan Combs as Comptroller, and Ken Paxton has succeeded Greg Abbott as Attorney General. Accordingly, Glenn Hegar and Ken Paxton should be substituted as Appellees in this action.

Therefore, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, request that they be substituted for former officeholders Susan Combs and Greg Abbott in this action.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

/s/ *Erika R. Sams*
ERIKA R. SAMS
Assistant Attorney General
Texas State Bar No. 24083784
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-2952
Facsimile: (512) 477-2348
*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2015, the above and foregoing **Appellees' Notice of Automatic Substitution**, was served on the following attorney of record, via eFileTexas.gov service and/or as otherwise indicated below:

Richard E. Sympson                      *Via Email: rick@resympson.com*
Attorney at Law
*Counsel Representing Appellant*

/s/ *Erika R. Sams*

ERIKA R. SAMS